UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

VLADIMIR ALEXIS MORILLO-VIDAL.

------------------------------------------X

10 Cr. 222

OPINION

**Sweet, D.J.**

7/13/15

    Defendant Vladimir Alexis Morillo-Vidal has moved by letter of September 23, 2014 for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). The Probation Department submitted a Supplemental Presentence Report on January 20, 2015. Because the Defendant received a below-Guidelines sentence that is also below the new, reduced Guidelines range, and because he received a mandatory minimum sentence, he is ineligible for a reduction of sentence. The Defendant's motion is therefore denied.

    It is so ordered.

**New York, NY**
**July 8, 2015**

_____
**ROBERT W. SWEET**
**U.S.D.J.**